UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERDA OCCILIEN,<br><br>                     Plaintiff,<br><br>                     v.<br><br>RELATED PARTNERS, INC.; ARTERO JIMENEZ; KATHERINE BLOCK; HUDSON YARDS CONSTRUCTION II HOLDINGS LLC; HUDSON YARDS CONSTRUCTION II LLC; HUDSON YARDS CONSTRUCTION LLC; RUSSELL TOBIN & ASSOCIATES,<br><br>                     Defendants. | 19 Civ. 7634 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

      On March 9, 2020, the court-appointed mediator filed a report notifying the Court that mediation was unsuccessful. (Dkt. #27). Accordingly, Defendants shall file their responses to the Complaint on or before April 1, 2020.

SO ORDERED.

Dated:   March 11, 2020
           New York, New York

                                                    KATHERINE POLK FAILLA
                                                    United States District Judge