UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERDA OCCILIEN,<br><br>      Plaintiff,<br><br>      v.<br><br>RELATED PARTNERS, INC.; ARTERO JIMENEZ; KATHERINE BLOCK; HUDSON YARDS CONSTRUCTION II HOLDINGS LLC; HUDSON YARDS CONSTRUCTION II LLC; HUDSON YARDS CONSTRUCTION LLC; RUSSELL TOBIN & ASSOCIATES,<br><br>      Defendants. | 19 Civ. 7634 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's sur-reply, dated October 20, 2020, and docketed October 26, 2020. (Dkt. #62). Defendants may file a response within two weeks of the date of this Order. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

  SO ORDERED.

Dated: October 26, 2020
     New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge