UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERDA OCCILIEN,<br><br>       Plaintiff,<br><br>     v.<br><br>RELATED PARTNERS, INC.; ARTERO JIMENEZ; KATHERINE BLOCK; HUDSON YARDS CONSTRUCTION II HOLDINGS LLC; HUDSON YARDS CONSTRUCTION II LLC; HUDSON YARDS CONSTRUCTION LLC; RUSSELL TOBIN & ASSOCIATES,<br><br>       Defendants. | 19 Civ. 7634 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  The Court is in receipt of Plaintiff's letter, dated March 12, 2021, and docketed March 19, 2021, seeking to lift the stay in this case. (Dkt. #66). Defendants shall file a response within two weeks of the date of this Order. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

  SO ORDERED.

Dated: March 23, 2021
     New York, New York

                    KATHERINE POLK FAILLA
                    United States District Judge