UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GUERDA OCCILIEN, <br><br> Plaintiff, <br><br> v. <br><br> RELATED PARTNERS, INC.; ARTERO JIMENEZ; KATHERINE BLOCK; HUDSON YARDS CONSTRUCTION II HOLDINGS LLC; HUDSON YARDS CONSTRUCTION II LLC; HUDSON YARDS CONSTRUCTION LLC; RUSSELL TOBIN & ASSOCIATES, <br><br> Defendants. | 19 Civ. 7634 (KPF) <br><br> **ORDER** |

KATHERINE POLK FAILLA, District Judge:

By Opinion and Order dated January 19, 2021, the Court granted Defendants' motion to compel arbitration, stayed this case pending arbitration, and directed the parties to submit a status update regarding the arbitration on or before April 29, 2021. (Dkt. #65). On March 22, 2021, the Court received a letter from Plaintiff which the Court liberally construed as a motion for reconsideration. (Dkt. #66). In Defendants' opposition to the motion for reconsideration, Defendants explained that Plaintiff had not yet initiated arbitration. (Dkt. #68). By Order dated April 1, 2021, the Court denied Plaintiff's motion for reconsideration. (Dkt. #69).

Accordingly, the parties are hereby ORDERED to update the Court on or before June 30, 2021, regarding the status of any arbitration. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: April 30, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge